

ב"ה

Elie C. Poltorak
(718) 989-9814
elie@poltoraklaw.com

September 13, 2011

<u>VIA ECF</u>

Hon. Joan M. Azrack
United States District Court, Eastern District of New York
225 Cadman Plaza East
Chambers 605N
Brooklyn, NY 11201

    Re: <u>*Crown Heights Shomrim Volunteer Safety Patrol, Inc., et al. v. The City of New York, et al.* **(Index # 11-cv-0329)**</u>

Dear Judge Azrak:

    We respectfully request that the Court adjourn tomorrow's conference in the above-captioned matter, due to undersigned counsel's illness. All counsel have consented to said adjournment and have indicated their availablilty on the afternoons of September 27 or October 6, should such dates suit the Court.

    Respectfully submitted,

    POLTORAK PC

    _____
    Elie C. Poltorak

CC:  Tedd Blecher, Esq. (via ECF)
       Marc Illish, Esq, B. Kogan PLLC (via ECF)
       Erica M. Haber, Esq. (via ECF)